JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVSION

| | |
|---|---|
| Taylor Lieras,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Central Portfolio Control, Inc.,<br><br>　　　　　Defendant. | Case No.: EDCV 20-123-GW-KKx<br>**ORDER** |

　　Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: March 27, 2020

　　　　　　　　　　　　　　_/s/ George H. Wu_____

　　　　　　　　　　　　　　HON. GEORGE H. WU,
　　　　　　　　　　　　　　U.S. DISTRICT JUDGE